1  THOMAS A. PACKER (SBN: 104767)
   MORDECAI D. BOONE (SBN: 196881)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Defendants,
6  MENU FOODS, INC., MENU FOODS INCOME FUND,
   MENU FOODS MIDWEST CORPORATION,
7  AND MENU FOODS SOUTH DAKOTA INC.,

8                    UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 SHERRY INGLES, Individually and on Behalf )   CASE NO. C 07 1809
   of All Others Similarly Situated,         )
12                                           )
                    Plaintiff,               )
13                                           )   **STIPULATION FOR EXTENSION OF**
           vs.                               )   **TIME TO RESPOND TO PLAINTIFF'S**
14                                           )   **COMPLAINT**
   MENU FOODS, INC., MENU FOODS              )
15 INCOME FUND, MENU FOODS MIDWEST           )
   CORPORATION, and MENU FOODS SOUTH         )
16 DAKOTA INC.,                              )
                                             )
17                  Defendants.              )
                                             )
18 _____  )

19       Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED by and between the

20 parties to this litigation that: Defendants are permitted a 30-day extension of time (until May 24,

21 2007) to move, answer or otherwise plead to Plaintiff's Complaint.

22

23       IT IS SO STIPULATED:

24 Dated: April 24, 2007                    GORDON & REES LLP

25

26                                          By:   */s/ Mordecai D. Boone*
                                                  Mordecai D. Boone
27                                                Attorney for Defendants

28

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

| | |
|---|---|
| Dated: April 24, 2007 | LERACH COUGHLIN STOIA GELLER RUDMAN ROBBINS LLP |
| | By:  */s/ Shawn A. Williams*  <br> Shawn A. Williams <br> Attorney for Plaintiff |

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

2

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT