Dated: April 26, 2007

THOMAS A. PACKER (SBN: 104767)
MORDECAI D. BOONE (SBN: 196881)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants,
MENU FOODS, INC., MENU FOODS INCOME FUND,
MENU FOODS MIDWEST CORPORATION,
AND MENU FOODS SOUTH DAKOTA INC.,

IT IS SO ORDERED
Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHERRY INGLES, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

MENU FOODS, INC., MENU FOODS INCOME FUND, MENU FOODS MIDWEST CORPORATION, and MENU FOODS SOUTH DAKOTA INC.,

Defendants.

CASE NO. C 07 1809

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED by and between the parties to this litigation that: Defendants are permitted a 30-day extension of time (until May 24, 2007) to move, answer or otherwise plead to Plaintiff's Complaint.

IT IS SO STIPULATED:

Dated: April 24, 2007

GORDON & REES LLP


By: ___/s/ Mordecai D. Boone___
Mordecai D. Boone
Attorney for Defendants

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Dated:  April 24, 2007

LERACH COUGHLIN STOIA GELLER
RUDMAN ROBBINS LLP


By: ___/s/ Shawn A. Williams___
    Shawn A. Williams
Attorney for Plaintiff