THOMAS A. PACKER (SBN: 104767)
MORDECAI D. BOONE (SBN: 196811)
CARRIE A. LUBINSKI (SBN: 174006)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
MENU FOODS INCOME FUND; MENU FOODS, INC.;
MENU FOODS MIDWEST CORPORATION; AND
MENU FOODS SOUTH DAKOTA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY INGLES, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MENU FOODS, INC., MENU FOODS INCOME FUND, MENU FOODS MIDWEST CORPORATION, and MENU FOODS SOUTH DAKOTA INC.,<br><br>Defendants. | CASE NO. C 07 1809<br><br>**MENU FOODS' NOTICE OF PETITION TO AND HEARING BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>[Civil Local Rules 3-13] |

-1-

MENU FOODS' NOTICE OF PETITION TO AND HEARING BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Civil Local Rule 3-13 defendants Menu Foods Income Fund, Menu Foods, Inc., Menu Foods Midwest Corporation, and Menu Foods South Dakota, Inc. ("Menu Foods Defendants" or "Defendants") provide the following Notice of Pendency of Other Action or Proceeding:

This case is one of over seventy (70) putative class actions filed in this court and several other courts throughout the country for damages and injunctive relief, arising from the manufacture, distribution and/or sale of pet food products by Menu Foods Defendants. The actions are currently pending in the Western District of Washington, Eastern District of Tennessee, Northern District of Illinois, Western District of Wisconsin, Western District of Arkansas, District of New Jersey, Northern District of Florida, Southern District of Florida, Middle District of Florida, District of Massachusetts, District of Connecticut, Central District of California, District of Rhode Island, District of Maine, Northern District of California, District of Nevada, District of Idaho and Northern District of Ohio. Specifically, the pending cases allege that Defendants sold contaminated pet food to the general public and individuals whose pets consumed this pet food and sustained injuries and/or death.

On March 30, 2007, four (4) separate motions for transfer and coordination or consolidation pursuant to 28 U.S.C. §1407 were filed by four (4) different groups of plaintiffs. Plaintiff Shirley Sexton filed the first MDL motion, seeking to transfer her case and numerous other cases involving alleged injuries and/or death arising out of the purchase and/or consumption of pet food manufactured by Defendants to the Central District of California. Plaintiff Christina Troiano filed the second MDL motion, seeking transfer to the Southern District of Florida. Plaintiffs Tom Whaley, Stacey Heller, Toinette Robinson, David Rapp, Cecily and Terrance Mitchelle, Suzanne E. Johnson, Craig R. Klemann, Audrey Kornelius, Barbara Smith, Michelle Suggett and Don James, filed their MDL motion to transfer the cases to the Western District of Washington. Finally, Plaintiffs Jayme Pittsonberger, David Carter, and Jim Bullock filed their MDL motion to transfer the cases to the District of New Jersey.

On March 30, 2007, Plaintiff Shirley Ingles filed a products liability action in the Northern District of California, alleging that Plaintiff's pet sustained injuries and/or death as a

result of the purchase and/or consumption of pet food manufactured by Defendants.

On April 12, 2007, the Judicial Panel on Multidistrict Litigation ("JPML") issued a Notice of Hearing Session for May 31, 2007 to consider the MDL motions ("Collectively known as MDL 1850 - *In re Pet Food Products Liability Litigation*). *See* April 12, 2007 Notice of Hearing Session, Ex. A attached hereto. Defendants will be filing their MDL response on or before May 24, 2007, and are in agreement that MDL consolidation is appropriate.

Dated: May 9, 2007            GORDON & REES LLP

By: _____
CARRIE A. LUBINSKI
Attorneys for Defendants
MENU INCOME FOOD, MENU FOODS INC. and FOODS MIDWEST CORPORATION

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111