1  THOMAS A. PACKER (SBN: 104767)
   MORDECAI D. BOONE (SBN: 196881)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Defendants,
6  MENU FOODS, INC., MENU FOODS INCOME FUND,
   MENU FOODS MIDWEST CORPORATION,
7  AND MENU FOODS SOUTH DAKOTA INC.

RECEIVED 07 MAY 15 PM 1:58 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-Filing

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY INGLES, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>MENU FOODS, INC., MENU FOODS INCOME FUND, MENU FOODS MIDWEST CORPORATION, and MENU FOODS SOUTH DAKOTA INC.,<br><br>                Defendants. | CASE NO. C 07 1809 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Priya K. Jesani, an active member in good standing of the State Bar of Illinois and Northern District of Illinois, whose business addresses and telephone numbers are:

| State Bar of Illinois | Northern District of Illinois: |
|---|---|
| 424 S. Second Street | Everett McKinley Dirksen Building |
| Springfield, IL 62701 | 219 South Dearborn Street |
| (217) 525-1760 | Chicago, Illinois 60604 |
| | (312) 435-5698 |

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants MENU FOODS, INC., MENU FOODS INCOME FUND, MENU FOODS MIDWEST CORPORATION, and MENU FOODS SOUTH DAKOTA INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

1  conditions of Civil Local Rule 11-3. All papers filed by the attorney shall indicate appearance
2  *pro hac vice.* Service of papers upon and communication with co-counsel designated in the
3  application shall constitute notice to the party. All future filings in this action are subject to the
4  requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 18, 2007

                                                         Hon. Maxine M. Chesney
                                                         Judge, United States District Court

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*