Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

THOMAS A. PACKER (SBN: 104767)
MORDECAI D. BOONE (SBN: 196881)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants,
MENU FOODS, INC., MENU FOODS INCOME FUND,
MENU FOODS MIDWEST CORPORATION,
AND MENU FOODS SOUTH DAKOTA INC.

**E-Filing**

RECEIVED
07 MAY 15 PM 1:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY INGLES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MENU FOODS, INC., MENU FOODS INCOME FUND, MENU FOODS MIDWEST CORPORATION, and MENU FOODS SOUTH DAKOTA INC.,<br><br>Defendants. | CASE NO. C 07 1809 mmc<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Michael P. Turiello, an active member in good standing of the State Bar of Illinois, Northern District of Illinois, Central District of Illinois, Northern District of Indiana, and District of Colorado, whose business addresses and telephone numbers are:

| | |
|---|---|
| State Bar of Illinois<br>424 S. Second Street<br>Springfield, IL 62701<br>(217) 525-1760 | Northern District of Illinois<br>Everett McKinley Dirksen Building<br>219 South Dearborn Street<br>Chicago, Illinois 60604<br>(312) 435-5698 |
| Central District of Illinois<br>309 U.S. Courthouse<br>100 N.E. Monroe Street<br>Peoria IL 61602<br>(309) 671-7117 | Northern District of Indiana<br>FORT WAYNE DIVISION<br>1300 S. Harrison St.<br>Fort Wayne, IN 46802<br>(260) 423-3000 |

District of Colorado
Alfred A. Arraj United States Courthouse,
Room A105
901 19th Street
Denver, Colorado 80294-3589
(303) 844-3433

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants MENU FOODS, INC., MENU FOODS INCOME FUND, MENU FOODS MIDWEST CORPORATION, and MENU FOODS SOUTH DAKOTA INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 18, 2007

Hon. Maxine M. Chesney
Judge, United States District Court