1  THOMAS A. PACKER (SBN: 104767)
   MORDECAI D. BOONE (SBN: 196811)
2  CARRIE A. LUBINSKI (SBN: 174006)
   GORDON & REES LLP
3  Embarcadero Center West
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054

6  Attorneys for Defendants
   MENU FOODS INCOME FUND; MENU FOODS, INC.;
7  MENU FOODS MIDWEST CORPORATION; AND
   MENU FOODS SOUTH DAKOTA, INC.
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11                                          ) CASE NO. C 07 1809
   SHERRY INGLES, individually and on Behalf of )
12 All Others Similarly Situated,           )
                                            ) **CERTIFICATION OF**
13              Plaintiff,                  ) **INTERESTED ENTITIES**
                                            ) [Civil Local Rule 3-16]
14       vs.                                )
                                            )
15 MENU FOODS, INC., MENU FOODS INCOME     )
   FUND, MENU FOODS MIDWEST                 )
16 CORPORATION, and MENU FOODS SOUTH        )
   DAKOTA INC.,                             )
17                                          )
                Defendants.                 )
18                                          )
                                            )
19                                          )
                                            )
20 _____ )

21       Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed

22 corporations have a financial interest in the subject matter in controversy and/or in a party to the

23 proceeding:

24 1.   Menu Foods South Dakota Inc. is a Delaware corporation with its principal place of
        business in North Sioux City, South Dakota. Menu Foods Holdings, Inc. owns 10% or
25      more of Menu Foods South Dakota Inc.'s stock.

26 2.   Menu Foods, Inc. is a New Jersey corporation with its principal place of business in
        Pennsauken, New Jersey. Menu Foods Holdings, Inc. owns 10% or more of Menu
27      Foods, Inc.'s stock.

28
                                             -1-
                        CERTIFICATION OF INTERESTED ENTITIES

3.  Menu Foods Midwest Corporation is a Delaware corporation with its principal place of business in Emporia, Kansas. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods Midwest Corporation's stock.

Dated: June 6, 2007                                    GORDON & REES LLP


                                                       By: _____
                                                       CARRIE A. LUBINSKI
                                                       Attorneys for Defendants
                                                       MENU INCOME FOOD, MENU
                                                       FOODS INC. and FOODS MIDWEST
                                                       CORPORATION